UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Solomon Mekonnen,

    Petitioner,

v.

Metropolitan Airports Commission,

    Respondent.

_____

Civil No. 10cv02937 ADM/JJK

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated September 9, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1. Plaintiff's Application To Proceed <u>In Forma Pauperis</u>, (Docket No. 2), is **DENIED**; and

    2. This action is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2010         s/Ann D. Montgomery

                                  _____
                                  ANN D. MONTGOMERY
                                  United States District Judge